UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

UNITED STATES OF AMERICA              NO:  3:14-cr-00157 ( SRU)

  v.

 GARY PIERCE                            November 2, 2016

MOTION TO CONTINUE SENTENCING

The undersigned respectfully requests that this Honorable Court allow a continuance for the sentencing of this matter. The matter is currently scheduled for November 7, 2016 @ 1 :00 p.m. in Bridgeport. At that time I will be on trial with Judge Underhill in the civil trial of Bushwick Metals, LLC., v. Chau, 3:15-cv-01235 ( SRU)

Assistant United States Attorney Michael Gustafson has been contacted today and he has no objection on behalf of the government.

RESPECTFULLY SUBMITTED

/ss/_____
By:   Alexander H. Schwartz
       2425 Post Road, Suite 205
        Southport, CT 06890
       203-255-9829 tel.
       203-255-9839  fax
       alex@ahschwartz.com

CERTIFICATION

This is to certify that this motion was e-filed on the EC/ F electronic filing system on this the 2d day of  November 2016 and a copy was mailed first class postage pre-paid to anyone without access to the court's electronic filing system

/ss/ _____
Alexander H. Schwartz